# Court of Appeals
# of the State of Georgia

ATLANTA,__September 01, 2016__

*The Court of Appeals hereby passes the following order:*

**A16A2078.  IN THE INTEREST OF: O. Z., K. A., AND M. B., CHILDREN.**

In this child dependency matter, foster parents Andy and Tracy Duncan filed a motion to intervene. The trial court denied the motion, and the Duncans filed this direct appeal. We, however, lack jurisdiction.

The denial of a motion to intervene is not a final, directly appealable order. *Davis v. Deutsche Bank Nat. Trust Co.*, 285 Ga. 22, 23 (673 SE2d 221) (2009); *Morman v. Bd. of Regents of the Univ. System of GA*, 198 Ga. App. 544, 544 (402 SE2d 320) (1991).  Accordingly, the Duncans were required to follow the interlocutory application procedures set forth in OCGA § 5-6-34 (b), which include obtaining a certificate of immediate review from the trial court, to obtain appellate review at this time.  See *Bailey v. Bailey*, 266 Ga. 832, 832-833 (471 SE2d 213) (1996).  The Duncans' failure to comply with the interlocutory appeal procedures deprives us of jurisdiction over this appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
        *Clerk's Office, Atlanta,*____09/01/2016____
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____, *Clerk.*